[Nos. 36697-1-I; 36698-0-I.    Division One.    December 23, 1996.]

*In the Matter of the Dependency of* JU. S.

KRISTI MAY BARTLEY, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

*In the Matter of the Dependency of* JA. S.

Appeal from a judgment of the Superior Court for King
County, No. 89-7-00979-8, Liem E. Tuai, J., entered April

25, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.